UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION (KANSAS CITY)

| | |
|---|---|
| In re: | |
| | Case No. 25-40781-btf13 |
| Ernest NMN Wiliams, | |
| | Re: Motion No. 61 |
| Debtor(s). | |
| Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Home Equity Loan Trust 2005-2 Mortgage Pass-Through Certificates, Series 2005-2, | |
| Movant, | Hearing Date: 06/29/2026 |
| | Hearing Time: 9:00 A.M. |
| v. | |
| | Continued Hearing Date: 07/20/2026 |
| Ernest NMN Williams, Debtor, | Continued Hearing Time: 9:00 A.M. |
| Nicole E Williams, Co-Debtor, | |
| | Continued Hearing Date: 08/10/2026 |
| Respondents. | Continued Hearing Time: 9:00 A.M. |

**CONSENT ORDER CONDITIONALLY DENYING MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND GRANTING MOTION FOR RELIEF FROM CO-DEBTOR STAY**

COME NOW, the parties and agree to the following Conditional Order Conditionally Denying the Movant's Motion for Relief from the Automatic Stay and Granting Motion for Relief from Co-Debtor Stay:

1. On May 28, 2026, Movant filed its Motion for Relief from the Automatic Stay and Co-Debtor Stay with respect to the property known as 5015 Lister Avenue, Kansas City, MO 64130. No response was filed by Co-Debtor Nicole E Williams.

2. The parties agree on the total post-petition delinquency including fees and costs through July 2026. A breakdown of the delinquency is as follows:

| | |
|---|---|
| 2 payments @ $762.27 each (6/1/2026-7/1/2026) | $1524.54 |
| MFR Attorney Fees | $850.00 |
| MFR Attorney Costs | $199.00 |
| Suspense credit | ($700.07) |
| Total | $1873.47 |

Movant is not adequately protected if post-petition payments are not made by the Debtor.

3. Debtor intends to cure the post-petition delinquent payments owed to Movant referenced in Paragraph 2 by making a payment to Movant of $824.47 by no later than September 30, 2026.

4. In addition to the cure payment above, Debtor shall also make all ongoing monthly post-petition payments as they become due beginning August 1, 2026 to Onity Mortgage Corporation, Attn: SBRP, P.O. Box 24781, West Palm Beach, FL 33416 or, in the event that the loan is transferred following entry of this order, to the address provided by Movant's successors and assigns in the monthly mortgage statement.

5. Movant's attorney's fees and costs sought in the Motion, or any balance thereon, are included in the total post-petition delinquency stated above and are hereby granted and assessed against the Debtor in the total amount of $1049.00. Debtor is proposing to have the Movant's attorney's fees and costs for the Motion satisfied by having the Trustee pay the $1049.00 amount as a post-petition mortgage supplement to Movant's allowed secured claim (Claim # 17);

6. Debtor authorizes Movant to mail to Debtor: (1) monthly mortgage statements; (2) account statements including an escrow analysis; and (3) notices regarding address or payment changes provided such a change is authorized by the Note and Deed of Trust. Debtor consents to direct contact by mail for purposes of receiving this information and waives any claim for violation(s) of the automatic stay regarding the same.

7. The terms of this Conditional Order and the agreement reached between the parties shall remain in effect so long as the automatic stay remains in effect as to this Movant. In the event the automatic stay shall no longer remain in effect as to Movant, this Conditional Order shall become null and void. In the event the case is converted to another Chapter under Title 11 and pre-petition and post-petition arrearages remain unpaid, a final order granting Movant relief from the automatic stay shall be entered after Movant provides the notice as set forth in the following paragraphs.

It is accordingly **ORDERED** that the Motion for Relief from the Automatic Stay is hereby settled pursuant to the terms stated herein. In the event the Debtor fails to comply with any of the conditions specified in this Consent Order, the Movant shall send a written Notice to Cure to counsel for the Debtor and to the Debtor pursuant to MOW Local Rule 4001-1(I). Such Notice shall include an itemization of all delinquent payments and the total amount necessary to cure the default.

It is further **ORDERED** that if the Debtor fails to cure the delinquency in full within 10 (ten) days of the date of the written Notice, Movant shall be entitled to immediate relief

from the automatic stay of 11 U.S.C. §362(a) without further notice or hearing upon entry of an order for relief. For such purposes, Movant shall be free to exercise all of its rights and remedies under the Promissory Note, Deed of Trust, or as may otherwise be provided for by law. An order entered under this paragraph shall not be stayed until the expiration of 14 days after the entry of the order.

It is further **ORDERED** that the Motion for Relief from Co-Debtor Stay be and it is hereby **GRANTED BY DEFAULT** in that the stay provided for by Section 1301 of Title 11, United States Code, is hereby terminated. All other relief requested by Movant is hereby denied without prejudice as settled.

**The hearing on the Movant's Motion for Relief set for August 10, 2026 @ 9:00 a.m. is hereby cancelled.**

DATED: July 21, 2026
Kansas City, Missouri 64106

*/s/ Brian T. Fenimore*
BRIAN T. FENIMORE
United States Bankruptcy Judge

With consent by:

*/s/ Ryan M. Graham #73470MO*
Ryan Wagoner
15095 W. 116th St.
Olathe, KS, 66062
P: (913) 422-0909
F: (913) 428-8549
graham@wagonergroup.com

*/s/ MaryAnn Black #59899M*
MaryAnn Black
15W030 N. Frontage Rd. Ste. 200
Burr Ridge, IL, 60527
P: (630) 794-5200
F: (630) 794-5277
MaryAnn.Black@mo.cslegal.com

Order Prepared by:

MaryAnn Black
15W030 N. Frontage Rd. Ste. 200
Burr Ridge, IL 60527